## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF FLORIDA

## ORLANDO DIVISION

SONIA DELGADO,

      Plaintiff,                               Case No.:6:20-cv-02135

v.

PROGRESSIVE EXPRESS INSURANCE
COMPANY AND ATLANTIC SPECIALTY
INSURANCE COMPANY,

      Defendants.

_____/

### DEFENDANT, ATLANTIC SPECIALTY INSURANCE COMPANY'S NOTICE OF REMOVAL

Defendant, ATLANTIC SPECIALTY INSURANCE COMPANY ("ASIC"), by and through its undersigned counsel, hereby files this Notice of Removal and in support thereof states as follows:

1.      Removal is warranted under 28 U.S.C. § 1441(b) because this is a civil action over which this Court has subject matter jurisdiction under 28 U.S.C. § 1332. Pursuant to § 1332(c)(1), full diversity exists among the parties in this action since Defendants are citizens of different states than Plaintiff, as evidenced by Defendants' states of incorporation and principal places of business. and the amount in controversy exceeds $75,000.00.

2.      This Notice of Removal was filed within thirty (30) days of ASIC receiving a copy of the initial pleading through service or otherwise, and within thirty (30) days of ASIC confirming the amount in controversy exceeded $75,000.00. 28 U.S.C. § 1446(b)

3.      Defendant, PROGRESSIVE EXPRESS INSURANCE COMPANY ("PROGRESSIVE"), consents to removal.

4.      Pursuant to 28 U.S.C. § 1446(a), copies of all process, pleadings, and orders in the State Action are attached hereto as **Exhibit A**.

**PROCEDURAL BACKGROUND**

5.      On or about May 13, 2020, Plaintiff, SONIA DELGADO, an individual, commenced an action ("State Action") in the Circuit Court of the Ninth Judicial Circuit, Orange County, Florida entitled *Sonia Delgado v. Progressive Express Insurance Company*, Case No. 20-CA-005061, relating to an automobile accident that occurred on August 4, 2018.

6.      On September 18, 2020, Plaintiff filed an Amended Complaint adding ASIC as a defendant. ASIC was first served with the Amended Complaint on October 20, 2020.

**GROUNDS FOR REMOVAL**

7.      This is a civil action over which this Court has subject matter jurisdiction under 28 U.S.C. § 1332, which confers original jurisdiction of "all civil actions where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between … citizens of different States and in which citizens or subjects of a foreign state are additional parties [.]"

**Amount in Controversy**

8.      On November 18, 2020, ASIC received Plaintiff's sworn Answers to PROGRESSIVE's First Interrogatories in the State Action (attached as **Exhibit B**), wherein Plaintiff lists all medical bills allegedly incurred to date related to the automobile accident that is the subject of the State Action.  Those medical bills total $236,892.54. *Id*. at pp. 16-17.

9.      Plaintiff's sworn Answers to PROGRESSIVE's First Interrogatories in the State Action, obtained by ASIC on November 18, 2020, was ASIC's first receipt of any "paper" confirming the amount in controversy exceeds $75,000.00.

## Diversity of Citizenship

10.     Plaintiff is a citizen of the State of Florida. ASIC is a citizen of both the State of Minnesota and the State of New York, with its principal place of business in Minnesota. PROGRESSIVE is a citizen of State of Ohio, with its principal place of business in Ohio.

11.     Complete diversity of citizenship exists between Plaintiff and Defendants. Based on the foregoing, this Court has jurisdiction of this action and this action is properly removed.

**WHEREFORE,** Defendant, ATLANTIC SPECIALTY INSURANCE COMPANY, files this Notice of Removal so that the entire action entitled *Sonia Delgado v. Progressive Express Insurance Company and Atlantic Specialty Insurance Company*, Case No. 20-CA-005061, pending in the Circuit Court for the Ninth Judicial Circuit, Orange County, Florida, shall be removed to this Court for all further proceedings.

Date:   November 20, 2020

Respectfully submitted,

*/s/ Troy Beecher_____*
Troy Beecher, Esq.
Florida Bar No. 37348
tbeecher@goldbergsegalla.com
psouza@goldbergsegalla.com
**GOLDBERG SEGALLA LLP**
800 N. Magnolia Avenue, Suite 450
Orlando, Florida 32803
Tel:     407.458.5612
Fax:    407.458-5699
*Attorneys for Atlantic Specialty Insurance Company*

(Certificate of Service on the Next Page)

3

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served by *Case Management/Electronic Case Filing (CM/ECF)* on all counsel or parties of record on **November 20, 2020.**

*/s/ Troy Beecher*
Troy Beecher, Esq.