UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

SONIA DELGADO,

    Plaintiff,

v.                                  CASE NO.:6:20-cv-02135-ACC-EJK

PROGRESSIVE EXPRESS INSURANCE
COMPANY AND ATLANTIC SPECIALTY
INSURANCE COMPANY,

    Defendants.
_____/

## **NOTICE OF RESOLUTION**

COME NOW, the Plaintiff, through undersigned counsel, and pursuant to local rule 3.09, gives notice that the Plaintiff has settled all of her claims against both Defendants in this action.

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy hereof has been furnished to Gabriela A. Theologis, Esq. And Trevor G. Hawes, Esq., Cole, Scott & Kissane, P.A., 4686 Sunbeam Road, Jacksonville, FL 32257, at the following e-mail addresses:gabriela.theologis@csklegal.com; trevor.hawes@csklegal.com and to Troy Beecher, Esq. And Samantha S. Rhayem, Esq., Goldberg Segalla, LLP, 800 N. Magnolia Avenue, Suite 450, Orlando, FL 32803, at the following e-mail addresses: tbeecher@goldbergsegalla.com and srhayem@goldbergsegalla.com, on November 16 2021.

                                                  /s/ Justin Bleakley
                                                  Justin Bleakley
                                                  Florida Bar No.: 60280
                                                  Martinez Manglardi, P.A.

>903 N. Main Street
>Kissimmee, FL 34744
>Telephone: (407)846-2240
>Facsimile: (407)847-2820
>jbleakley@martinezmanglardi.com
>vilmarie@martinezmanglardi.com
>Attorney for Plaintiff